THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALDO J. MORSE, JR., Relator, v. EUGENE M. TRAVIS, Comptroller of the State of New York, Respondent.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERNATIONAL RAILWAY COMPANY v. PUBLIC SERVICE COMMISSION, SECOND DISTRICT, and ERIE RAILROAD COMPANY and Another, Intervenors.— Motion denied.

FLORENCE ROLFE, as Administratrix, etc., of EDMUND ROLFE, Deceased, Respondent, v. JOSEPH F. HEWITT, Appellant.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., dissenting.

FREMONT F. WILLIAMS, Appellant, v. LIZZIE MERRILL, Respondent. In the Matter of the Application of LIZZIE MERRILL, Respondent, to Compel FREMONT F. WILLIAMS, Appellant, to Summarily Pay to Petitioner $883.72, with Interest, etc.— Order unanimously affirmed, with costs. Lyon, J., not sitting.

CHARLES YATES, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Accounts of JOHN S. SHEDDEN and Another, as Executors, etc., of ARNOLD H. ELLIS, Deceased. In the Matter of the Judicial Settlement of the Accounts of JOHN S. SHEDDEN and Another, as Temporary Administrators, etc., of ARNOLD H. ELLIS, Deceased.— Motions to dismiss appeals denied. Argument of cases ordered for Friday, May seventeenth.

EMMA BRADLEY, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Order resettled so as to provide that the defendant, upon the payment of the costs of demurrer, the costs of the appeal, and ten dollars costs of this motion, may withdraw its demurrer and interpose an answer, within twenty days, and in case of the interposition of such answer the judgment, if any, entered upon said order, be set aside.

JOHN HAYES, Respondent, v. COHOES GAS LIGHT COMPANY, Appellant.— Motion denied.

AIMEE LATHROP HANSON, Respondent, v. HENRIETTA REUTTI HANSON, Appellant, Impleaded with Others.— Order unanimously affirmed, with ten dollars costs and disbursements.

JAMES A. LEARY and WALTER A. FULLERTON, as Copartners, etc., Appellants, v. LUCIA MONGONE SANZONE and THE NEW YORK CENTRAL RAILROAD COMPANY, Respondents.— Motion denied.

VICTORIA E. LE MOINE, Appellant, v. SAMUEL L. WARRIN, Respondent.— Judgment and order unanimously affirmed, with costs.

LETTIE WHITMAN LANSING, Respondent, v. ALBERT H. WHITMAN, Appellant.— Order reversed, with ten dollars costs, and motion granted, without costs. All concurred.